Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
334 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Emails: tanya@moorelawfirm.com
       service@moorelawfirm.com

Attorney for Plaintiff,
Gerardo Hernandez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ,<br><br>    Plaintiff,<br>vs.<br><br>BRINKER RESTAURANT CORPORATION dba CHILI'S GRILL & BAR, et al.,<br><br>    Defendants. | No. 3:24-cv-03672-JD<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Gerardo Hernandez and Defendant, Fremont Retail Partners, LP, the parties who have appeared in this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: October 8, 2024					MOORE LAW FIRM, P.C.

							*/s/ Tanya E. Moore*
							Tanya E. Moore
							Attorney for Plaintiff,
							Gerardo Hernandez

Dated: October 8, 2024					GORDEE, NOWICKI & BLAKENEY LLPs

							*/s/ Alan J. Gordee*
							Alan J. Gordee
							Attorneys for Defendant,
							Fremont Retail Partners, LP

## ATTESTATION

Pursuant to the Northern District of California's Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

							*/s/ Tanya E. Moore*
							Tanya E. Moore
							Attorney for Plaintiff,
							Gerardo Hernandez